AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>VORARUT VORASIANGSUK<br><br>*Defendant(s)* | Case No.<br>6:19-mj-1025 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   Nov. 8, 2015, and Jan. 15, 2019   in the county of   Orange   in the   Middle   District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(2) and 2252A(a)(5)(B) | Possession (Jan. 15, 2019) and receipt (Nov. 8, 2015) of child pornography. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joanna Bailey, Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/15/2019

_____
*Judge's signature*

City and state:   Orlando, Florida        KARLA R. SPAULDING, U.S. Magistrate Judge
_____
*Printed name and title*

STATE OF FLORIDA                           CASE NO. 6:19-mj- 1025

COUNTY OF ORANGE

## AFFIDAVIT

I, Joanna Bailey, being duly sworn, do hereby depose and state as follows:

1.   I have been a Special Agent (SA) with the Federal Bureau of Investigation (FBI) since January 8, 2017.  Before becoming a Special Agent, I was employed with the FBI since June 2011, serving in multiple capacities that included counterterrorism and counterintelligence investigation.  I am currently assigned to the FBI Violent Crimes Against Children Task Force.

2.   I have received specialized training concerning investigations of sex crimes, child exploitation, child pornography, and computer crimes.  I have also investigated and assisted in the investigation of matters involving the possession, receipt, distribution, and production of child pornography.  During the course of my training and investigations, I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.  Moreover, I am an SA who is engaged in enforcing the criminal laws, including 18 U.S.C. § 2252A(a).

3.   I have participated in various training courses concerning the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have participated in the execution of search warrants involving

searches and seizures of computers, computer equipment, software, and electronically stored information.

4. This affidavit is submitted in support of a criminal complaint against VORARUT VORASIANGSUK for violations of 18 U.S.C. § 2252A. As set forth in more detail below, I believe there is probable cause that on or about November 8, 2015, in Orange County, Florida, VORARUT VORASIANGSUK knowingly received child pornography that has been mailed, or using any means or facility of interstate or foreign commerce has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of 18 U.S.C. 2252A(a)(2) and 2256(8). In addition, I believe there is probable cause that on or about January 15, 2019, in Orange County, Florida, VORARUT VORASIANGSUK knowingly possessed child pornography that had been transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, in violation of 18 U.S.C. 2252A(a)(5)(B) and 2256(8).

5. I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from other law enforcement officers, information from agency reports, and our review of documents provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## STATUTORY AUTHORITY

6. Title 18, United States Code, Section 2252A, prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any child pornography, as defined in 18 U.S.C. § 2256(8), while using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce.

## PROBABLE CAUSE STATEMENT

7. On November 14, 2018, SA Michelle Langer—acting in an undercover capacity and using a peer-to-peer (P2P) file-sharing program known as Bittorrent Roundup—downloaded multiple images and videos of child pornography from a computer using IP address 50.89.243.141. On November 14, 2018, the P2P file-sharing program determined IP address 50.89.243.141 was sharing a torrent with the info hash: a90137acfb43e98f4e2b339fd7ac3e77063cb39e. This torrent file references 54 files, at least one of which was identified as being a file of investigative interest to child pornography investigations.

8. On November 14, 2018, SA Langer completed a single-source download from IP address 50.89.243.141. During the single-source download, SA Langer downloaded approximately 49 images, approximately 25 of which were indicative of child pornography. Some of the images depicted four young females ranging between 8-12 years of age, naked or in lingerie. In some of the images, the four young females (or some combination of them) were bathing together, posing with a phallic device, or performing oral sex on one another. Specifically, one image

3

depicted a female approximately 10-12 years of age, lying naked on her back with her vagina exposed. The female child is holding a pink phallic device. In another image, two females who are approximately 8-12 years of age are shown naked. One child is performing oral sex on the other child.

9. I have reviewed the downloaded files from the undercover sessions on November 14, 2018. I believe, based on my training and experience, that the aforementioned files downloaded by SA Langer are child pornography, as defined in 18 U.S.C. § 2256.

10. A query of the IP address 50.89.243.141 was made through the American Registry for Internet Numbers (ARIN). ARIN reported that IP address 50.89.243.141 was registered to Bright House Communications (owned by Charter Communications).

11. On November 16, 2018, a subpoena was served to Bright House Communications for the IP address 50.89.243.141 to obtain certain subscriber information in effect as of November 14, 2018:

    Customer Name:    VORARUT VORASIANGSUK
    Service Address:    XXXX Brighton Lane
                                Orlando, Florida 32817
                                (the "PREMISES")

### SEARCH WARRANT/INTERVIEW OF VORARUT VORASIANGSUK

12. On January 8, 2019, I obtained a search warrant to search the PREMISES. On January 15, 2019, contact was made with VORARUT

VORASIANGSUK at the PREMISES, during execution of the search warrant. VORASIANGSUK was advised that he was not under arrest and agreed to speak to interviewing agents.

13.   During the interview, VORASIANGSUK stated that he had resided at the PREMISES since 2001. He also admitted that he downloaded child pornography from the internet using the Bittorrent program (among other methods), and that he did so only at the PREMISES. VORASIANGSUK downloaded image and movie files from his laptop computer and on a desktop computer. VORASIANGSUK viewed and saved the image and movie files on the laptop computer, desktop computer, and external hard drives. VORASIANGSUK viewed the image and video files and fantasized by masturbating to them.

14.   VORASIANGSUK admitted to viewing child pornography for approximately 16 years. VORASIGNASUK stated that he has tried to quit on multiple occasions and the longest he was able to go without viewing child pornography was approximately 3 months. VORASIANGSUK used sites and applications such as Bittorrent, 4chan, 180chan, and freemovies to view child pornography. VORASIANGSUK stated that he did not pay attention to the age of the young girls he was viewing but only cared if they were "pretty." However, VORASIANGSUK stated he has seen child pornography of all ages and specifically mentioned he was familiar with the terms Siberian Mouse, LS, Vicky Series, Tara Series, and Jenny Series. VORASIANGSUK admitted that he knew viewing child pornography was illegal. VORASIANGSUK believes he is addicted to child

pornography. VORASIANGSUK could not guarantee investigators that he would not view child pornography in the future.

15. VORASIANGSUK currently works as a respiratory therapist at Advent Health Hospital and has since 2003. VORASIANGSUK primarily works with infants but has worked with children of other ages. VORASIANGSUK stated he has never touched a child inappropriately.

16. A forensic preview of VORASIANGSUK's laptop located approximately 1,800 files with titles indicative of child pornography. Some of the files were previewed and contained images and videos of child pornography. A forensic preview of VORASIANGSUK's external hard drive located over 300 files with titles indicative child pornography. Some of these files were previewed and contained images and videos of child pornography.

17. I have viewed at least one image and one video found on VORASIANGSUK's Western Digital external hard drive and Asus laptop. Based on my training and experience, I have determined that the following images and video depict children under the age of 18 years engaged in sexually explicit conduct, and constitute child pornography as defined in 18 U.S.C. § 2256. Below is a description of two of the images and videos viewed:

    a. File "IMG_01963.JPG" – found on Western Digital external hard drive, which depicts an image of a naked female who is approximately 4 to 5 years old. The child is pictured naked with her legs spread open, exposing her vagina.

b. File "Tara 8 years old Pussy Play and Blow Job Pics and vids clips" – found on Asus laptop, a video that is approximately nine minutes long. The video shows an approximately 8-year-old female who is naked and masturbating, and performing oral sex on an adult male.

18. I have been advised by Special Agent Alex Brignoni, a certified forensic examiner, that the Bittorrent program on VORASIANGSUK's laptop sends files received through the P2P program directly to the downloads folder. The "Tara 8 years old Pussy Play and Blow Job Pics and vids clips" file was located in the downloads folder of VORASIANGSUK's laptop. The creation date for the file is November 8, 2015. In addition, Special Agent Brignoni has advised me that the downloads folder contains other files with titles indicative of child pornography that have more recent creation dates, which is consistent with evidence of VORASIANGSUK's more recent use of the Bittorrent P2P program. Not all of the files have been reviewed yet due to the ongoing nature of the investigation and the great volume of data to be reviewed.

## CONCLUSION

19. Based on the above, there is probable cause that on or about November 8, 2015, in Orange County, in the Middle District of Florida, VORARUT VORASIANGSUK knowingly received child pornography, in violation of 18 U.S.C. § 2252A(a)(2). In addition, there is probable cause that on or about January 15, 2019, in Orange County, in the Middle District of Florida, VORARUT VORASIANGSUK

knowingly possessed child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

*[signature]*
Joanna Bailey
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this 15th day of January, 2019.

*[signature]*
KARLA R. SPAULDING
United States Magistrate Judge

8